# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142492

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY HOWARD,
      Defendant-Appellant.

SC: 142492
COA: 300585
Wayne CC: 10-000312-FC

_____/

      On order of the Court, the application for leave to appeal the November 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

d1113